APPEAL No. 1990. *In re* SHANNON. Motion of respondents, Theodore A. and Madeline T. Vincent, to vacate orders entered on December 21, 1972 and December 27, 1972 allowing petitioner to file transcript and record and to dismiss appeal of petitioner is denied without prejudice. *Joseph F. Dugan,* Rhode

Island Legal Services, Inc., and *Gerald Mulligan,* West Roxbury, Massachusetts, for petitioner Lillian Remka. *Lovett and Linder, Ltd., Stephen J. Fortunato, Jr.,* for respondents.